HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Corrales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO CORRALES,<br><br>Defendant. | Case No.  1:22cr141-TLN<br>            2:23cr213-TLN<br><br>**STIPULATION TO CONTINUE DISPOSITION HEARING; FINDINGS AND ORDER**<br><br>Date:  May 9, 2024<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

**I.**

**<u>STIPULATION</u>**

1. The Court previously set this matter for a dispositional hearing to take place on May 9, 2024.
2. Mr. Corrales request that the dispositional hearing be continued to May 30, 2024 at 9:30 a.m.  He needs additional time to adequately prepare for the hearing.
3. The government does not object and U.S. Probation is available at the requested date and time.

IT IS SO STIPULATED.

//

//

//

//

|    |                      |                                                                 |
|----|----------------------|-----------------------------------------------------------------|
| 1  |                      |                                                                 |
| 2  |                      | Respectfully submitted,                                         |
| 3  |                      | HEATHER E. WILLIAMS<br>Federal Defender                         |
| 4  | Date: May 6, 2024    | */s/ Hootan Baigmohammadi*                                      |
| 5  |                      | HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender              |
| 6  |                      | Attorneys for Defendant<br>Mr. Corrales                         |
| 7  |                      |                                                                 |
| 8  |                      |                                                                 |
| 9  | Date: May 6, 2024    | PHILLIP A. TALBERT<br>United States Attorney                    |
| 10 |                      |                                                                 |
| 11 |                      | */s/ R. Alex Cardenas*<br>R. ALEX CARDENAS                      |
| 12 |                      | Assistant United States Attorney<br>Attorneys for Plaintiff     |

STIPULATION                              -2-                      *United States v. Corrales*,
                                                                  1:22cr141-TLN; 2:23cr213-TLN

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: May 7, 2024

Troy L. Nunley
United States District Judge